**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN E. SCHMITZ ) | Case No. EDCV 09-01650 VAP (OPx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| WELLS FARGO BANK, N.A. ) | |
| Defendant. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 22, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge