JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN E. SCHMITZ,<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA<br><br>  Defendant. | Case No. EDCV 09-1650-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated:     March 18, 2010

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge